# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Alli Alligator | Mr. Bear | Icy Polar Bear | Buzzy Bumble Be | Mr. Tiger |
| Cuddly Bunny | Fluffy Bunny | Thumpy Bunny | Ms. Sassy Cat | Tardy Turtle |
| Cozy Cow | Fiery Dalmatian | Patriotic Pup | Snuggly Puppy | Magical Unicorn |
| Squeaky Dolphin | Puffy Duck | Nutty Elephant | Friendly Frog | Splashy Whale |
| Jolly Giraffe | Hungry Hippo | Sir Horse | Krissy Koala | Zippity Zebra |



Ms. Lady Bug



Lovable Lamb



Cowardly Lion



Silly Monkey



Chocolate Moose



Comfy Panda



Perky Penguin



Wiggly Pig



**Pillow Pets™**

CAUTION: Remove plastic taggers & hang tags before giving to a child.

These attachments are not part of the toy.

All Pillow Pets™ plush toys have been inspected to meet or exceed U.S.A., U.K. & European safety requirements.

### Just Un-Velcro Its Belly & the Pet Becomes an 18" Pillow!

Pillow Pets™ are a loving gift to a mother, too! They combine the fun loyalty of a puppy with the security of a stuffed animal. Made of high quality super soft Chenille, Pillow Pets™ are so cute & cuddly you won't want to put them down!

Ideal for naptime, road trips, airplane rides & sleepovers.



**Pillow Pets™**

It's a Pillow, It's a Pet...It's a Pillow Pet!

7 35541 20310 7

Distributed by Ontel Products Corporation

Made in China



**Pillow Pets™**

CAUTION: Remove plastic taggers & hang tags before giving to a child.

These attachments are not part of the toy.

All Pillow Pets™ plush toys have been inspected to meet or exceed U.S.A., U.K. & European safety requirements.

Just Un-Velcro Its Belly & the Pet Becomes an 18" Pillow!

Pillow Pets™ are anything but just another toy. They combine the functionality of a pillow with the security of a stuffed animal. Made of high quality super soft Chenille, Pillow Pets™ are so cute & cuddly, you won't want to put them down!

Ideal for naptime, road trips, airplane rides & sleepovers.



**Pillow Pets™**

It's a Pillow, It's a Pet, It's a Pillow Pet!

Ages 3 & Up

Distributed by Ontel Products Corporation

Made in China

7 35541 10310 0



**CAUTION:** Remove plastic taggers & hang tags before giving to a child.

These attachments are not part of the toy.

All Pillow Pets™ plush toys have been inspected to meet or exceed U.S.A., U.K. & European safety requirements.

**Just Un-Velcro Its Belly & the Pet Becomes an 18" Pillow!**

Pillow Pets™ are anything but just another toy! They combine the functionality of a pillow with the security of a stuffed animal. Made of high quality super soft Chenille, Pillow Pets™ are so cute & cuddly, you won't want to put them down!

Ideal for naptime, road trips, airplane rides & sleepovers.



**It's a Pillow, It's a Pet, It's a Pillow Pad**

Distributed by Ontel Products Corporation

Made in China

7 35541 30310 4



**Pillow Pets™**

CAUTION: Remove plastic taggers & hang tags before giving to a child.

These attachments are not part of the toy.

All Pillow Pets™ plush toys have been inspected to meet or exceed U.S.A., U.K. & European safety requirements.

**Just Un-Velcro its Belly & the Pet Becomes an 18" Pillow!**

Pillow Pets™ are anything but just another toy! They combine the functionality of a pillow with the security of a stuffed animal. Made of high quality, super soft Chenille, Pillow Pets™ are so cute & cuddly, you won't want to put them down!

Ideal for naptime, road trips, airplane rides & sleepovers.



**Pillow Pets™**

Ages 3 & Up

It's a Pillow... It's a Pet... It's a Pillow Pet!

Distributed by Ontel Products Corporation

7  355411 40310  1

Made in China

# EXHIBIT B

Case 1:11-cv-00715-RRM-SMG    Document 8-2    Filed 05/04/11    Page 8 of 44 PageID #: 151



**Toys Я Us**

- Email signup
-
- Product Alerts
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Finder
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- Free Shipping Store Action Figures Dolls & Stuffed Animals Electronics Games & Puzzles Learning More >> Hot Deals Store Christmas Store Baby's First Christmas Christmas Ornaments Christmas Stockings Christmas Trees and Wreaths More >> What's New At The Movies Action Figures Movies, Music & TV Science Fiction & Fantasy Sports More >> Arts & Crafts Supplies Drawing & Coloring Easels / Art Tables Clay, Dough & Modeling More >>
  - Baby Toys Gyms & Playmats Crib Toys Rattles & Teethers More >> Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Movies & Music Musical Instruments Guitars Keyboards & Piano Wind Instruments More >> Building Sets & Blocks Bricks & Blocks Building Sets Robots More >> Collectibles Action Figures Busts & Statues Dolls Sports Fan Shop Entertainment Earth More >> Clean & Healthy Detergent & Cleaning Products Hand Sanitizers Organic Cleaners Skin Care & First Aid Wipes More >>
  - Dolls & Stuffed Animals Celebrity & Fashion Dolls More >> Electronics Netbooks & Laptops Digital Cameras & Imaging Audio More >> Games & Puzzles Board Games Card Games Electronic & Interactive Games More >> Kids' Clothes Learning Electronic Learning Back to School Science & Discovery More >> Outdoor Play Swing Sets, Slides & Swings Inflatable Bouncers & Ball Pits Toy Blasters & Foam Play Swimming Pools & Water Fun More >> Preschool Learning Building Sets & Blocks Toy Figures & Playsets More >>
  - Pretend Play & Dress-Up Halloween Store Kitchens & Play Food Beauty & Fashion More >> Specialty Toys Arts & Crafts Baby Toys Building Sets & Blocks More >> Sporting Goods Baseball / Softball Camping & Outdoors Fan Shop Water Sports More >> Toddler & Kids' Room Furniture Mattresses Kids' Tables, Chairs & Sofas Toy Chests Bedding More >> Tween Girls What's Hot! More >> Vehicles, Hobby & R/C Radio Control Trains Vehicles & Playsets More >> Video Games Nintendo Wii Nintendo DS Nintendo DSi XL Xbox 360


Looking for baby products?
Visit Babies "R" Us for all your newborn, infant and toddler needs. Go now >

PlayStation 3 PSP More >>
  - Birth - 12 months 12 - 24 months 2 years 3 - 4 years 5 - 7 years 8 - 11 years 12 - 14 years Big Kids
  - Barbie Beyblade Club Penguin Disney Fairies Disney Princess Hello Kitty iCarly Justin Bieber Kung Zhu Pets Little People Marvel Universe Monster High Star Wars Thomas & Friends Toy Story Transformers WWE Zhu Zhu Pets See All >>
  - Animal Planet Apple Disney Shop Exclusive Brands FAO Schwarz Fisher-Price Hasbro Games Hot Wheels Imaginarium K'Nex
  - LEGO LeapFrog Little Tikes Melissa and Doug Nerf Nickelodeon Playmobil Playskool See All >>

-
-
-

0
Items

All Products

GO!

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 9 of 44 PageID #: 152

Welcome! Login or create an account. Learn why

FREE SHIPPING on Thousands of items (up to a $20 value)
with your purchase of $49 or more from our FREE Shipping Store    shop now »

Home > 2010 Hot Holiday Toy List

## NARROW BY Category

Baby

Toys

## NARROW BY Featured Shops

Baby Alive

LEGO City

Lalaloopsy

Monster High

Ocean Wonders

Pillow Pets

more...

Squinkies

Star Wars

## NARROW BY Age

Birth-12 Months

12-24 Months

2 Years

3 & 4 Years

5-7 Years

8-11 Years

more...

12-14 Years

Big Kids

## NARROW BY Gender

Boys

Girls

## NARROW BY Brand

Blip Toys

Calico Critters

Fast Lane

Fisher-Price

Hasbro

Hasbro Games

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 10 of 44 PageID #: 153

more...

International Playthings

LEGO

Loopz

MGA Entertainment

Mattel

Nerf

PlayStation

Razor

Smart Trike

Tomica

## NARROW BY Price

$10 - $20

$20 - $30

$30 - $40

$40 - $50

$50 - $75

$75 - $100

more...

$100 and up

## NARROW BY How to Get it

Store Pickup

Ship it

## NARROW BY ShopRunner Eligible

FREE 2-Day Shipping

No



## 2010 Hot Holiday Toy List

Showing 1-12 of 38    Page  1  2 3 4    View All
Sort by:  Best Selling

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 11 of 44 PageID #: 154



**Squinkies Deluxe Playset – Cupcake Surprize Bake Shop**

Our Price: $21.99

- Out of stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

Buy 1 Get 1 50% OFF!**



**18-inch Pillow Pets – Magical Unicorn**

Our Price: $19.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

Free Shipping!**



**Nerf N-Strike Stampede ECS Blaster**

List Price: $54.99
Our Price: $49.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

FREE Nerf Ammo Refill with purchase!**



**Scrabble Flash Game**

Our Price: $29.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

Free Shipping!**



**18-inch Pillow Pets – Panda**

Our Price: $19.99

- In stock for shipping
- Eligible for Store Pickup

Earn 10% Back with Rewards"R"Us!**



**18-inch Pillow Pets – Penguin**

Our Price: $19.99

- In stock for shipping
- Eligible for Store Pickup

Earn 10% Back with Rewards"R"Us!**



**18-inch Pillow Pets – Ms. Lady Bug**

Our Price: $19.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

Free Shipping!**



**Fast Lane Wild Fire RC Monster Truck**

List Price: $89.99
Our Price: $79.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

Free Shipping!**



**Magic Orbeez Maker**

Our Price: $24.99

- Out of stock for shipping
- Eligible for Store Pickup

Earn 10% Back with Rewards"R"Us!**



**Baby Alive Bouncin' Babbles Doll**

List Price: $24.99
Our Price: $19.99

- In stock for shipping
- Eligible for Store Pickup

Free Shipping!**



**LEGO City Public Transport (8404)**

Our Price: $99.99

- In stock for shipping
- Not eligible for Store Pickup
- Sold in stores (details)

FREE Mini-Figure 2GB USB Drive with purchase**



**18-inch Pillow Pets – Monkey**

Our Price: $19.99

- Out of stock for shipping
- Eligible for Store Pickup

Free Shipping!**

Showing 1-12 of 38   Page  1  2 3 4   View All
Sort by: Best Selling

Case 1:11-cv-00715-RRM-SMG Document 8-2 Filed 05/04/11 Page 12 of 44 PageID #: 155

**Your Order**

- Track my Order
- Returns
- Cancellations

**Help**

- Safety Information
- Shipping & Delivery
- Payment Options
- Contact Us

**Gift Services**

- Gift Finder
- Gift Cards
- Gift Card Redemption
- Gift Wrap

**About Us**

- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Special Events

**Safe & Secure Shopping**

- Terms & Conditions
- Privacy Policy
- Site Map
- 

Select a site

© 2010 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.

12/7/2010 4:06 PM

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 13 of 44 PageID #: 156

- Home
- Archives
- About
- Privacy



- Toys By Age
  - For Boys
    - 0 baby boys
    - 1 Year Old Boys
    - 2 Year Old Boys
    - 3 Year Old Boys
    - 4 Year Old Boys
    - 5 Year Old Boys
    - 8 Year Old Boys
    - 6 Year Old Boys
    - 7 Year Old Boys
    - 9 Year Old Boys
    - 10 Year Old Boys
  - For Girls
    - 0 Baby Girls
    - 1 Year Old Girls
    - 2 Year Old Girls
    - 3 Year Old Girls
    - 5 Year Old Girls
    - 8 Year Old Girls
    - 4 Year Old Girls
    - 6 Year Old Girls
    - 7 Year Old Girls
    - 8 Year Old Girls
    - 10 Year Old Girls
- Holidays
  - Halloween
    - Halloween Costumes
  - Thanksgiving
    - Black Friday
    - Cyber Monday
- Games
  - Board Games
  - Card Games
  - Spiderman Games
  - Tile Games

Case 1:11-cv-00615-RRM-SMG   Document 8-2   Filed 05/04/11   Page 14 of 44 PageID #: 157

- o Video Games
  - Nintendo Wii
- o Word Games
- Toy Brands
  - o Fisher Price
  - o American Girl
  - o Baby Einstein
  - o Disney
  - o Giantmicrobes
  - o Hot Wheels
  - o JAKKS Pacific
  - o Mattel
  - o My Pillow Pets
  - o Nerf
- Types of Toys
  - o Classic Toys
  - o Dolls & Accessories
  - o Educational Toys
  - o Action Figures
    - Batman Action Figures
    - GI Joe Action Figures
    - Iron Man Action Figures
    - Movie Action Figures
    - Spiderman Action Figures
    - Star Wars Action Figures
    - Transformer Action Figures
    - Wrestling Action Figures
  - o RC Toys
    - RC Helicopters
    - RC Cars
  - o Outdoor Toys
    - Inflatables
    - Playhouses
    - Riding Toys
    - Swing Sets
    - Water Toys
- Extras
  - o Top Toy Lists
  - o Blog
- Video
- Toy Recalls
- History of Toys

Ads by Google         Christmas Toys         Kids Toys         Classic Toys         Toddler Toys

# Top Toys 2010 According to Toys R Us – Pillow Pets Make the List

**LeapFrog® Official Site**
$20 Off Orders Over $75 or $10 Off Orders
Over $50! Free Ship $50+

**Pet Animal Pillow $15.95**
It's A Pet & It's Pillow All In One Buy 3 Get 1
Free - Ships Today

Ads by Google

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 15 of 44 PageID #: 158

Posted on 22 September 2010. Tags: Pillow Pets

Earlier this week, the Associated Press ran information that Toys R Us had picked the Top Toys for Christmas



2010. Here is a list of their picks.

- **Calico Critters Luxury Townhouse** - *International Playthings* - Playhouse for Calico Critters.
- **Cuponk** - *Hasbro Inc* – Cup and ping pong ball game.
- **Disney Princess & Me dolls** - *Jakks Pacific* - Disney princess dolls – 18 inches.
- **Disney/Pixar's "Toy Story 3" Imaginext Tri-County Landfill** - *Fisher-Price* – Playset from Toy Story 3.
- **Fast Lane Wild Fire RC** – *Toys R Us* – Very large RC car.
- **Imaginext Bigfoot the Monster** - *Fisher-Price* - Tantrum throwing Bigfoot.
- **Leapster Explorer** - *LeapFrog* - Library of 40 games and learning activities.
- **Loopz** - *Mattel* - Memory game with lights.
- **Minotaurus** - *Lego Systems Inc.* – LEGO Board Game!
- **Monster High Cleo DeNile and Deuce Gorgon doll set** - *Mattel* - Monster dolls.
- **Nerf N-Strike Stampede ECS** – *Hasbro* - Powerful Nerf blaster.
- **Pillow Pets** - *Ontel Products Corp.* – It's a Pillow! It's a Pet! It's a Pillow Pet!
- **Sing-a-ma-jigs** - *Mattel* - Plush animals that sing – together.
- **Squinkies Cupcake Surprise Bake Shop** - *Blip Toys* – Toy Vending machine.
- **Tomica Hypercity Mega Station Set** – *Tomy* - Train exclusive to Toys R Us.

Do you agree or disagree with their list? Personally, I like to see Pillow Pets up there. It's a pillow! It's a Pet! It's a Pillow Pet!

Source: Associated Press

Related posts:

1. Top Christmas Toys 2009 According to Associated PressAccording to a fact box in a story at the Marietta Times, the Associated Press lists the top toys for...
2. Top Christmas Toys for Your Little Ones in 2010Get out your pen and paper because agonizing over what toys you'll kids will love for Christmas is no more!...
3. Best Batman Toys for 8 Year Old BoysKids of all ages, and some adults, still like to imagine what it would be like to be a super...
4. Mattel Toy Recall InformationIf you're looking for recall information on specific Mattel toys, the Mattel Consumer Relations Answer Center has all the Recall...
5. American Girl Doll AccessoriesThe American Girl doll series is a great and timeless toy for young girls. Not only can they interact with...

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 16 of 44 PageID #: 159

**You might also be interested in...**



**Disney Princess
Cruiser Battery-
Powered Ride-On**
$199



**Disney Princess Girls'
Convertible Car**
$119



**Disney Toy Story
Convertible Car**
$119



**Disney Princess
Scooter**
$109



**Hannah Montana 20"
Girls Bike and Helmet
- Value Bundle**
$94.96



**Fisher-Price Power
Wheels Lil Lightning
McQueen**
$88.54



**Huffy 12" Boys' Disney
Cars Bike**
$79.54



**16" Girls Huffy Disney
Princess Bike, Helmet
and Knee Pads Value
Bundle**
$79

## Leave a Reply

_____  Name (required)

_____  Mail (will not be published) (required)

_____  Website

_____

[ Submit Comment ]

☑ Notify me of followup comments via e-mail

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 17 of 44 PageID #: 160

## Browse Top Toys

Select Category



store.metmuseum.org       Ads by Google

**FAO Schwarz Official Site**
Experience toys beyond imagination. Shop for
exclusive toys at FAO!
www.FAO.com

**Fisher-Price Toys**
Moms, Get The Latest Fisher-Price Toys"R"Us
Exclusives At ToysRUs.com
www.ToysRUs.com

**LEGO® Star Wars Online**
Play Games, Watch Movies & More at the Star
Wars LEGO® Play Site!
StarWars.LEGO.com

**Hasbro Rainbow Dash Plane**
Get The Glamour Girl Of PonyVille! To Place An
Order, Visit Us Online.
www.Hasbro.com/MyLittlePony      Ads by Google

12/7/2010 4:09 PM

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 18 of 44 PageID #: 161



**Stay Up to Date on all
the Latest Toys and Sales**

Your Email

We respect your email privacy

## Categories

Select Category

## Blogroll

- Robot Bookstore
- Swing Sets Blog
- Toy Planes Blog

## New Toys @ Walmart

- Prehistoric Pets Cruncher Interactive Dinosaur
- NEXT Buttercup 16" Girls' Bike
- NEXT Buttercup 20" Girls' Bike
- NEXT Cobra 16" Boys' Bike
- VTech V.Reader Animated E-Book System & Your Choice of VTech V.Reader Software - Value Bundle



Case 1:11-cv-00715-RRM-SMG    Document 8-2    Filed 05/04/11    Page 19 of 44 PageID #: 162



## Top Toys Walmart

- LeapFrog Leapster 2 PLUS Your Choice Leapster Software Value Bundle!
- John Deere Gator HPX Ride-On
- Fisher-Price Power Wheels Kawasaki KFX Ride-On
- Fisher-Price Power Wheels Girls' Barbie KFX ATV
- Fisher-Price Power Wheels Jeep Rubicon Ride-On

© 2010 (kpaul media)

Top Toys for Kids of All Ages

Case 1:11-cv-00715-RMM-SMS   Document 8-2   Filed 05/04/11   Page 20 of 44 PageID #: 163

THE 570 NETWORK: THE570 | BIZ | CALENDAR | CARS | CLASSIFIEDS | HOMES | JOBS | VARSITY | DIRECTORY | SUBSCRIBE • NEWSLETTERS

# thetimes-tribune.com

Enter a search term...

Enter a search term...

HOME   MY TOWN   NEWS   SPORTS   LIFESTYLES & PEOPLE   OPINION   CLASSIFIEDS   CUSTOMER SERVICE

## Pillow pets and dancing Mickey top toy list

*BY JIM DINO (STAFF WRITER)*                                    *Published: November 21, 2010*

### ARTICLE TOOLS

SHARE | FONT SIZE: [A] [A] [A]

OUR SOCIAL NETWORKS

SHARE ON FACEBOOK   [ Like ]

SIGN UP: TEXT ALERTS | NEWSLETTER

From a pillow that turns into a plush toy, to a device that makes a major video game interactive - it will likely be on this year's Christmas shopping lists.

Add to that some old favorites, too, including Barbie dolls and a moon-walking Mickey Mouse.

"We're seeing interest in the same categories that you find in a specialty toy store - Barbie, G.I. Joe and Transformers," said Sonya M. Costentini, media relations manager for T.J. Maxx and Marshalls stores.

One of the leading toys for kids 5 and under is Pillow Pets, said Bob Friedland, toy expert for Toys R Us. The toy converts from a fuzzy animal to a pillow by opening and closing a Velcro strap, he said. They include lions, puppies, giraffes and ladybugs, among others.

"They combine the functionality of a pillow with the security of a plush pet," Mr. Friedland said.

At Boscov's, the company's toy buyer Ron Grant pointed to the Matchbox Stinky Garbage Truck - which he said talks, moves and lights up - and Go Go My Walking Pup, a battery-operated dog you can walk with a leash.

Both Mr. Friedland and Mr. Grant said a popular item would be Dance Star Mickey, a doll that dances along to disco and other types of music - and even does the "Moonwalk."

"Everybody, from kids to adults, loves Mickey Mouse," Mr. Friedland said.

What may be the biggest toy of the year for kids of all ages is Kinect for Xbox 360 - a wireless sensor that captures movement of players.

"Kinect for Xbox 360 brings games to life in extraordinary new ways," Mr. Friedland said. "If players see a ball on the screen, they can kick it - just like in real life."

Other toys seen as hot by experts:

n For baby's first Christmas, Mr. Friedland pointed to Ocean Wonders Deep Blue Sea Table, an activity table meant for nine to 36 months.

"Children roll a ball - with a friendly fish inside - to activate sounds, lights, and music. Whenever they slide the seashell door back and forth, they get dancing lights on the tabletop," he said.

n For children two to four years old, there is the Tomica Hypercity Mega Station Set.

"This is a cool train set Toys R Us brought in from Japan," Mr. Friedland said.

n Mr. Grant pointed to Bigfoot Monster for ages six years and up.

"It walks, tells jokes, and snaps its head," he said.

n For children eight years and up, Mr. Grant suggested a variation of the 1980s classic Rubik's Cube, the Techno Source Rubik Slide - which "instead of turning the cubes, you slide them."

For the same age group is also the Spy Net Video Watch, which Mr. Grant said children can record video and audio.

n Ms. Costentini said toys that might interest pre-teenagers include "Twilight" series of books, hair care and fashion items - such as blow driers - and design materials, like colored pencils and paper.

Contact the writer: jdino@standardspeaker.com

### Popular picks

n Sing-a-ma-jigs: Plush toys that sing and harmonize together, $12.99

n Zoobles: Spherical creatures that spring open, $5.99 and up

n Squinkies: Collectible squishy mini characters, $2.99 and up

n Disney Princess & Me: 18-inch dolls, $49.99

n Cupcak: Ball-and-cup game that lights up, $14.99



Save $30 off weekly Avis rentals

AVIS

Buck Buck Contest
Submit photos of your best buck for the start of deer season and vote for your favorites!

Coupons
Print coupons from local stores and restaurants like Charlie's Pub & Royal Buffet!

- IRS Refunds Database
- IRS seeks rightful recipients of unclaimed checks
- **LACKAWANNA COUNTY COURT NOTES 12/7/2010**
- Police hunt shoplifting suspect
- Eight months after body found in Olyphant, Police, family still searching for answers
- Convenience store clerk faces theft charges
- John Lennon's personal photographer featured at book signing at Everhart

## JOBS570

Math Faculty (Dunmore, PA)
Embroidery Operators (Scranton, PA)
CNA, LPNs (Scranton, PA)

More top jobs

○ Scranton mayor vetoes City Council Comcast legislation, threatens fight right over override
8 comments · 2 hours ago

○ Average local gasoline prices break $3-a-gallon threshold
7 comments · 3 hours ago

○ Holiday train stop helps local food pantry
1 comment · 2 hours ago

○ Old Forge picks Blue Ridge principal to be new superintendent

n Paper Jamz: Paper-thin toy musical instruments, $24.99

n Lespster Explorer Learning Experience: Hand-held gadget, $69.99

n Barbie Video Girl: Doll with a video camera and LCD screen, $49.99

n Air Hogs Hawk Eye: Helicopter that takes videos, $64.99

n Dance Star Mickey: Plush moonwalking Disney character, $69.99

Pillows at Bulk Prices                                     Ads by Yahoo!
Down, Feather and Name-Brand Hotel-Quality Down. Order Today.
www.goavm.com
toy
9/10 People Had Medicare Pay for a New Electric Scooter! Free Info Kit
www.Hovoround.com/Scooters
Cute Pet Photo Contest
Got a Cute Pet Photo? Free Entry. New $1000 Winner Every Month.
GreatAmericanPhotoContests.com/Pets

We welcome user discussion on our site, under the following guidelines:

To comment you must first create a profile and sign-in with a verified DISQUS account or social network ID. Sign up here.

Comments in violation of the rules will be denied, and repeat violators will be banned. Please help police the community by flagging offensive comments for our moderators to review. By posting a comment, you agree to our full terms and conditions. Click here to read terms and conditions.

Comments for this page are closed.

**Showing 0 comments**

Sort by  Popular now   ⊠ Subscribe by email   ⅲ Subscribe by RSS

Real-time updating is enabled.

comments powered by DISQUS

2 comments · 5 hours ago

o  Overheated furnace displaces eight in
    Scranton

11 comments · 21 hours ago

## REALESTATE570

1 Sterling
1 bedroom SCRANTON
2 PA
2 moosic
3 Clarks Summit

- Great-nephew of the Connell Building's
  orginal owner takes first apartment
- Old Forge picks Blue Ridge principal to be
  new superintendent
- Pa. recycling to expand to electronics
- Whooping cough makes a return in state
- Outback Bowl committee opted for a
  premiere coaching matchup
- Upvalley basketball player tosses suit
  against the PIAA out of court
- NEIU boss' credit card use exercise in pure
  hubris

## CARS570

'87 Chevy Caprice
2006 Ford Mustang GT
2010 mazda 5 5
2005 honda crv
2006 Yamaha R1

More top autos

## Recent Activity

Sign Up   Create an account or log in to see
          what your friends are doing.

Facebook social plugin

MY TOWN | NEWS | SPORTS | LIFESTYLES & PEOPLE | OPINION | CLASSIFIEDS | CUSTOMER SERVICE | OBITUARIES | HOME DELIVERY | PLACE AN AD | JOBS
NEWS SERVICES: RSS | SEARCH ARCHIVES | NEWS ALERTS | WEATHER ALERTS | ADVERTISE | SITE MAP | HELP

Copyright ©2010 The Scranton Times Tribune | 149 Penn Ave. | Scranton, PA 18503 | 1-800-228-4637
PRIVACY POLICY | OPINION POSTING POLICY | ABOUT OUR ADS | Questions or comments? CONTACT US

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 22 of 44 PageID #: 165

# Top 2010 Christmas Toys| Pillow Pets

About SheFinds | Subscribe | Press | Advertising | Contact | NEW HOST

- SHEfinds
- MOMfinds



FEED. NAP. SHOP. REPEAT.

[                              ] [ »Search ]

Buying Guides Sales Solutions

- Home
- Expecting
  - Maternity Jeans
  - Maternity Dresses
  - Maternity Pants
  - Baby Shower Invitations
  - More Maternity Buying Guides
- Baby
  - Baby Shoes
  - Diaper Bags
  - Umbrella Strollers
  - Birth Announcements
  - More Baby Buying Guides
- Boys
  - Cheap Sneakers
  - Pants
  - Raincoats
  - Suits & Formal Attire
  - More Boys Buying Guides
- Girls
  - Lelli Kelly Shoes
  - Jean Leggings
  - Rain Boots
  - Dress Shoes
  - More Buying Guides

 Welcome to MomFinds. We find the best toys, gear and clothes for your kids. Please consider bookmarking MomFinds or checking out our sales and deals calendar or buying guides.

You can also subscribe to our email newsletter by submitting your address:

[ Your email here ] [ »Subscribe ]

MomFinds > Hot Holiday Toy: Pillow Pets

## Hot Holiday Toy: Pillow Pets

momfarah
November 11, 2010

**8**
tweets
retweet

[ Like ] [ 4 ]

No Comments »

Case 1:11-cv-00713-RRM-SMG    Document 8-2    Filed 05/04/11    Page 23 of 44 PageID #: 166

Tags:
Bed Time, Holidays, Toys

- Share
- Link



Get It Now    Don't be fooled. This Pillow Pet isn't just an another stuffed animal. Yes, this top 2010 Christmas toy is soft and cuddly, but it also pops open into a full size pillow, so your kid can enjoy it during play time or bed time, at home or on the road.

It's been named by Toys 'R Us as one of the top 15 holiday toys of 2010 and is already flying off the shelves—a few popular designs like the ladybug is already sold out! Luckily, there are over two dozen other animal designs available, so you *should* be able to find the perfect pet for your kid.

**Price:** $20 for 18-inch pillow

**Get Yours:** walmart.com

Find more of the top 2010 Christmas toys in our Sold-Out Guide.
Sign up for our newsletter for even more finds delivered right to your inbox.

*Click here to email Farah, the author of this post.*

Next Post: Get Skinny On The Go With V8 Fusion + Tea »

MORE Pillow Pets »
SHOP Pillow Pets



Ontel Products Corp
18-inch Pillow Pets -
Dolphin
$19.99
Buy Now



Ontel Products Corp
18-inch Pillow Pets -
Penguin
$19.99
Buy Now

12/7/2010 4:11 PM

http://www.momfinds.com/2010/hot-holiday-toy-pillow-pet
Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 24 of 44 PageID #: 167



Ontel Products Corp
18-inch Pillow Pets –
Panda
$19.99
Buy Now



Ontel Products Corp
18-inch Pillow Pets –
Monkey
$19.99
Buy Now

Advertisement

Related Posts



- Get Bethenny Frankel's My Breast Friend Polka Dot Nursing Pillow
- Find of the Day: Zid Zid Kids Draw on Me Pillow
- Pregnant and Can't Sleep? Treat Yourself to a Boppy Total Body Pillow

Comments

Connect with your Facebook Account

f Connect

Name (required)        Email (required)        Web Site (optional)

Post

latest buying guides



- Best Strollers

3 of 5

12/7/2010 4:11 PM

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 25 of 44 PageID #: 168



- Best Baby Bottles
- Best Diaper Bags
- Best Maternity Jeans

All Buying Guides →

Ad

Inbox

**MOMfinds in your inbox**

[Sign Up]

## SITES WE LOVE

- HollyBaby
- Cool Mom Picks
- Style Bakery Mom
- Momtrends
- Celebrity Babies
- Lil Sugar
- Savvy Mommy
- Babble
- The Bump
- Parent Dish
- Stroller Traffic
- The Stir
- Inhabitots
- Modern Mom
- Oh Dee Doh
- MOMformation

SEE ALL



## STORES WE LOVE

- Babies 'R Us
- Giggle
- Destination Maternity
- Hanna Andersson
- Hatley
- Isabella Oliver
- Nordstrom
- Gap
- Old Navy
- 6pm
- BabyEarth
- Design Public
- Endless
- Piperlime
- Robeez
- Zappos

SEE ALL

- Going, Going Gone: The Tory Burch iPad Case Is Back In Stock, But Not For Long
- She's A Marathon-Running Freak Of Nature: Gifts For Your Gym Rat Friend
- Cashmere Scarves And Sweaters On Sale: The Best Part About Winter



Case 1:11-cv-00719-RRM-SMG    Document 8-2    Filed 05/04/11    Page 26 of 44 PageID #: 169

- All I Want for Christmas Is... A Canon EOS Rebel Camera
- You've Already Ordered Your Holiday Cards–Now Get Your 2011 Calendars
- Sale Alert! Score A Pair of Under-$100 J Brand Maternity Jeans



# SHEFINDSMEDIA

- Follow MomFinds on Twitter
- Fan MomFinds on Facebook

Copyright 2010 White Cat Media Inc. (shefinds.com & momfinds.com), all rights reserved and will be held.
privacy policy | terms & conditions

12/7/2010 4:11 PM

Case 1:11-cv-00919-RKM-SMG   Document 8-2   Filed 05/04/11   Page 27 of 44 PageID #: 170

Welcome to Best Deals, Reviews & Gift Ideas

Login to Best Deals, Reviews & Gift Ideas and enjoy the full functionality of this site. If you don't want this to happen, go to the normal Best Deals, Reviews & Gift Ideas login page.

What does having an account let you do?

- - View your submitted articles

What does it cost me?

Having a Best Deals, Reviews & Gift Ideas account is absolutely FREE! All we require is your email address and a password, and you can start saving your designs today!

Member Login

Username:                          Password:                          ☑ Remember me
Log In Lost your password?
Not a member yet? Sign Up!
Username:                          Email:                          A password will be e-mailed to
you. Register

- 
- Hello Guest!
- |
- Log In | Register
- 

- Home
- About
- Contact Us


# Best Deals, Reviews & Gift Ideas

Great Gift Ideas you can count on!



UP TO 80% OFF OVER 14,000 BRAND-NAME PRODUCTS
fragranceX.com

- Home
- Gift Ideas For Kids
- Gift Ideas For Men
- Gift Ideas For Women

Search

Case 1:11-cv-00015-RRM-SMG   Document 8-2   Filed 05/04/11   Page 28 of 44 PageID #: 171

Enter your keyword or search term...

Serach

Sunday, November 14, 2010

# Hot Christmas Toys for Kids

by admin

- Font size
- Print
- E-mail
- one comment

Share   2  retweet

0

Shopping for kids is always fun, and that too for Christmas. If you are planning to be organized and well prepared ahead of time, here is a list of **Hot Christmas Toys 2010** I have compiled for this year. If you happen to like any of the toys in the list, make sure to order them well ahead of time, since they are going fast.

Here are the **Top Hottest Christmas Toys 2010**

**My Pillow Pets Miss Lady Bug.**



Although there are many different varieties of animals available, **My Pillow Pets Miss Lady Bug** is the most favorite of all. It is shaped like a ladybug with red and black colors. It is quite a delightful toy with it's big smile and big black antennas. You can choose different sizes among My Pillow Pets Ms. Lady Bug Items. Most common and favorite among people are My Pillow Pets Miss Lady Bug 18" and My Pillow Pets Miss Lady Bug 11". Both are equally soft, furry animals just with different sizes. Kids would also love to show off their My Pillow Pets Miss Lady Bug Backpack to their friends that can be a beautiful collection.

Case 1:11-cv-00915-RRM-SMG   Document 8-2   Filed 05/04/11   Page 29 of 44 PageID #: 172



**Zhu Zhu Pets and their friends.**

This is be another hottest gift toy this Christmas. **Zhu zhu pet hamsters** are the collection of furry, adorable and interactive hamsters with cute names like Mr. Squiggles, Patches, Chunk, Pipsqueak, Num Nums etc. These mechanical hamsters just look like the real hamsters that can operate on floor or on the set track that comes with the package. Their special friends Kung Zhu figures and Ninja Warrior hamsters make these a special gifts for little boys and girls.

**Squinkies Bubble Pack, several Series.**



Squinkies are adorable little figures that comes in little bubbles. When you squeeze the bubble, they pop out. Figures include little people, cats, monkeys, dogs, horses and other cute characters. Each Squinkies figures has a little hole on the bottom so they can also be used as pencil tops, be put on bracelets or be made into rings. There are many different packs that you can choose from. These seem to the hot toys this season but are going out of stock frequently. It is better to get your hands on this "must have" toy this season.

**Microsoft's Kinect Interactive Game.**



Kinect is a new controller free gesture game that uses a sensor to track motion. Xbox 360 250GB Console with Kinect by Project Natal is a "controller-free gaming and entertainment experience" from Microsoft. Kinect enables it's users to control and interact with the Xbox 360 without the use of a game controller. Microsoft's Kinect is going head on competition with Nintendo Wii and PlayStation 3 gaming consoles. People that have recently played with Kinetic loved it and believe that as advertised in the commercials, it does bring families together.

Case 1:11-cv-00715-RRM-SMG  Document 8-2   Filed 05/04/11   Page 30 of 44 PageID #: 173

**Fun eReader for Kids.**



These are perfect gift for kids for their birthdays, Christmas and other special occasions. The V Tech kid's eReader is a fun and educational toy for children. This is the first children's animated e-reader in the world that helps to develop their vocabulary while having fun. This animated and fun filled educational toy is interactive and will keep your child interested and focused. It also helps in bringing about the child's creativity. It is easily comparable with the popular iPad, the Kindle and other e-readers. Magic backpack that can be purchased separately makes it a great gift package.

**Lego Board Games 2010.**

Harry Potter Lego Game Lego line has released at least 10 new board games in 2010. **Lego Harry Potter** Hogwarts is the most popular among all this holiday season 2010. It contains a board that resembles Hogwarts Castle. It includes 5 micro figures of Harry Potter, Hermione Granger, Ron Weesley, Draco Malfoy and Professor Dumbledore. Most challenging part of this game is that the players have to visit different areas of Hogwarts school and pass different magical exams. Movable castle parts make it all the more complex. This is one of the Hot toy gifts for Christmas 2010 and going away fast.

ShareThis

---

## Related Articles

- Lovely Perfume by Sarah Jessica Parker Review
- Lasko 755320 Ceramic Tower Heater Review
- My Pillow Pets Miss Lady Bug Review
- Making Math More Fun with Printable Board Games Review
- Tying the Knot: The Complete Wedding Organizer (Wedding Planner)

## One Response to "Hot Christmas Toys for Kids"

1. *Tweets that mention Hot Christmas Toys for Kids, Top Toys this Season - Best Deals, Reviews & Gift Ideas -- Topsy.com* says:
   November 15, 2010 at 1:16 am

   [...] This post was mentioned on Twitter by Ideaflea, James. James said: Hot Christmas Toys for Kids: Shopping for kids is always fun, and that too for Christmas. If you are plann... http://tinyurl.com/22ow5yb [...]

   Reply

## Leave a Reply

Name (required)
Mail (will not be published) (required)
Website

CAPTCHA Code

CAPTCHA Image  CAPTCHA Audio
Refresh Image

Submit Comment

☑ Notify me of followup comments via e-mail

## Editor's Choice

❯

- DeWalt DC720KA Cordless Drill / Driver Review
- Amazon's Newest Kindle Makes Great Gift Idea
- Confidence Power Men's Golf Club Set with Stand Bag Review

- Most Popular
- Featured Articles

- Calvin Klein Perfumes and Fragranc ...

## Recent Posts

❯

- Hot Christmas Toys for Kids
- 7 Best Christmas Gifts for Boyfriend
- Lovely Perfume by Sarah Jessica Parker Review
- Black & Decker LM175 18 inch 6.5 amp Electric Mower Review
- DeWalt DC720KA Cordless Drill / Driver Review

Case 1:11-cv-00715-RRM-SMG   Document 8-2   Filed 05/04/11   Page 32 of 44 PageID #: 175

## Categories

❯

- Gift Ideas For Family
- Gift Ideas For Kids
  - Gift Ideas For Children
- Gift Ideas For Men
  - Gift Ideas For Boyfriend
  - Gift Ideas for Father
  - Gift Ideas For Husband
- Gift Ideas For Women
  - Gift Ideas For Girlfriend
  - Gift Ideas for Mother
  - Gift Ideas For Wife
- Hot Gift Ideas
- Occasions
  - Anniversary Gift Ideas
  - Birthday Gift Ideas
  - Christmas Gift Ideas
  - Father's Day
  - Mother's Day
  - Thanksgiving Gift Ideas
  - Valentine's Day Gift Ideas
  - Wedding Gift Ideas

## Recent Comments

❯

- Lovely Perfume Sarah on Lovely Perfume by Sarah Jessica Parker Review
- On The Light Blue Perfume Dolce on Dolce & Gabbana perfume review
- Krystle Chow on 7 Best Christmas Gifts for Boyfriend
- flower2000 on 7 Best Christmas Gifts for Boyfriend
- Regalo Cot on Regalo My Cot Portable Bed Review

## Archives

❯

- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010

## Blogroll

❯

Case 1:11-cv-00719-RRM-SMG  Document 8-2  Filed 05/04/11  Page 33 of 44 PageID #: 176

- Electric Shaver Reviews
- Sewing Machine Reviews
- Toronto Used
- Used Ottawa

## Tags

❯

3 Cup Rice Cooker Review  Apple iPod Touch 32GB review  Best Perfume for Women  Buy Making Math More Fun  Buy regalo my cot portable bed  Buy Weber Portable Gas Grill  Calvin Klein Eternity Cologne for Men  confidence power men's golf club set  Download Free Fonts  eatsmart precision digital bathroom scale  Electric Lawn Mower Reviews  Euphoria by Calvin Klein  fogless shower mirror reviews  Fogless Shower Mirror with Squeegee  Free Handwriting Fonts  Free SEO Tools  Free Signature Fonts  gift ideas under $50  gift ideas under $100  gift ideas under $150  gift ideas under $300  invicta men's watch collection review  Kids Halloween Costume Ideas  Lasko Ceramic Tower Heater Review  Making Math More Fun Review  men's golf club set  men's golf club set with stand bag review  Miss Lady Bug Review  My Pillow Pets  My Pillow Pets Miss Lady Bug Review  One Move Technique Review  panic away system  paris hilton heiress perfume review  Portable cot bed reviews  precision digital bathroom scale  regalo my cot portable bed reviews  Rice Cooker Review  save electricity bills  Step 2 WaterWheel Activity Play Table  Sunforce 50044 60-Watt Solar Charging Kit  Thanksgiving Gift Ideas  Top 7 perfumes for women  Tower Heater Review  Tying the Knot: The Complete Wedding Organizer  Weber Gas Grill Review

## Views

❯

- 7 Best Christmas Gifts for Boyfriend - 939 views
- 7 Best Perfumes for Women - 877 views
- Philips Norelco 7310 Men's Shaving System Review - 597 views
- Confidence Power Men's Golf Club Set with Stand Ba... - 590 views
- Bolle Anaconda Sunglasses Review & Customer Opinio... - 508 views

- Terms Of Use
- Privacy Policy
- About
- Contact Us



## Subscribe via Email

Get subscribed for the latest updates


BY FEEDBURNER

Enter your email address 

© Copyright 2010 Best Deals, Reviews & Gift Ideas. All Rights Reserved. Designed by Templates Craze
Wordpress Themes

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**VA 1-715-275**

Effective date of
registration:
April 22, 2010

---

## Title

Title of Work: Duck plush folding stuffed animal

## Completion/ Publication

Year of Completion: 2004

Date of 1st Publication: November 1, 2004          Nation of 1st Publication: United States

## Author

Author: CJ Products, LLC

Author Created: sculpture/3-D artwork

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products, LLC

4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States

## Rights and Permissions

Organization Name: CJ Products, LLC

Name: Brian Wright

Email: brian@mypillowpets.com          Telephone: 760-724-7225

Address: 4040 Calle Platino

Ste. 123

Oceanside, CA 92056 United States

## Certification

Name: Brian A. Wright

Date: April 22, 2010

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-715-272**

Effective date of registration:

April 29, 2010

---

### Title
Title of Work: Cow plush folding stuffed animal

### Completion/ Publication
Year of Completion: 2004

Date of 1st Publication: November 1, 2004     Nation of 1st Publication: United States

### Author
Author: CJ Products, LLC

Author Created: sculpture/3-D artwork

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

### Copyright claimant
Copyright Claimant: CJ Products, LLC

4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States

### Rights and Permissions
Organization Name: CJ Products, LLC

Name: Brian Wright

Email: brian@mypillowpets.com          Telephone: 760-724-7225

Address: 4040 Calle Platino
Ste. 123
Oceanside, CA 92056 United States

### Certification
Name: Brian A. Wright

Date: April 22, 2010

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-715-257

**Effective date of
registration:**

April 23, 2010

---

## Title

**Title of Work:** Bear (brown) plush folding stuffed animal

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 1, 2008      **Nation of 1st Publication:** United States

## Author

- **Author:** CJ Products, LLC

  **Author Created:** sculpture/3-D artwork

  **Work made for hire:** Yes

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CJ Products, LLC

4040 Calle Platino, Ste 123, Oceanside, CA, 92056, United States

## Rights and Permissions

**Organization Name:** CJ Products, LLC

**Name:** Brian Wright

**Email:** brian@mypillowpets.com      **Telephone:** 760-724-7225

**Address:** 4040 Calle Platino

Ste. 123

Oceanside, CA 92056  United States

## Certification

**Name:** Brian A. Wright

**Date:** April 22, 2010

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

## VA 1-665-417

Effective date of
registration

March 17, 2009

---

## Title

Title of Work:  Quilted Bumblebee Pillow Pal

## Completion/Publication

Year of Completion:  2008

Date of 1st Publication:  May 30, 2008          Nation of 1st Publication:  United States

## Author

■  Author:  CJ Products, LLC

Author Created:  sculpture/2-D artwork

Work made for hire:  Yes

Domiciled in:  United States

## Copyright claimant

Copyright Claimant:  CJ Products, LLC

[illegible]

## Certification

Name:  Justin J. Terry

Date:  March 17, 2009

Application Tracking Number:  [illegible]

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-665-418**

Effective date of
registration:

March 17, 2009

## Title

Title of Work: Unified (Bumblebee Pillow Pet)
Content Title: Unified (Daily Bug Pillow Pet)

## Completion/Publication

Year of Completion: 2007
Date of 1st Publication: January 30, 2008    Nation of 1st Publication: United States

## Author

Author: CJ Products, LLC
Author Created: sculpture/3-D artwork

Work made for hire: Yes
Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products, LLC
4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name: Philip J. Berg
Date: March 17, 2009
Applicant's Tracking Number: 6135.0002

Page 1 of 1

Case 1:11-cv-00715-RRM-SMG Document 8-2 Filed 05/04/11 Page 40 of 44 PageID #: 183

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**VA 1-674-379**

Effective date of registration:

July 2, 2009

---

## Title

Title of Work: Dolphin Pillow Pet

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: March 30, 2008    Nation of 1st Publication: United States

## Author

Author: CJ Products, LLC

Author Created: sculpture/3-D artwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products, LLC
4840 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name: Elaine J. Party

Date: July 2, 2009

Applicant's Tracking Number: 5296.0002

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**VA 1-674-372**

Effective date of
registration:

July 2, 2009

## Title

Title of Work: FROG Pillow Pet

## Completion/Publication

Year of Completion: 2004

Date of 1st Publication: November 30, 2004     Nation of 1st Publication: United States

## Author

Author: CJ Products, LLC

Author Created: sculpture/3-D artwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products LLC

4046 Calle Platino, Suite 174, Oceanside, CA, 92056, United States

## Certification

Name: Philip J. Ferry

Date: July 2, 2009

Applicant's Tracking Number: 6196.0002

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**VA 1-674-374**

Effective date of
registration:

July 2, 2009

---

## Title

Title of Work: **MONKEY Pillow Pet**

## Completion/ Publication

Year of Completion: 2004

Date of 1st Publication: November 30, 2004  Nation of 1st Publication: United States

## Author

Author: CJ Products, LLC

Author Created: Sculpture/3-D artwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products, LLC

4050 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name: Phillip J. Terry

Date: July 2, 2009

Applicant's Tracking Number: 5103.0002

---

Page 1 of 1

Case 2:11-cv-03848-PSG-MG Document 8-2 Filed 05/04/11 Page 43 of 44 PageID #: 186

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-679-223

**Effective Date of registration:**

July 10, 2009

---

## Title

Title of Work: PANDA Pillowpet

## Completion / Publication

Year of Completion: 2008

Date of 1st Publication: March 31, 2008

Nation of 1st Publication: United States

## Author

- Author: CJProducts LLC

Author Created: sculpture/3-Dartwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJProducts LLC
4120 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name: Jennifer Tilly

Date: July 10, 2009

Applicant's Tracking Number: 000002

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-674-371**

Effective date of registration:

July 2, 2009

---

## Title

Title of Work: PENGUIN Pillow Pet

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: March 30, 2007     Nation of 1st Publication: United States

## Author

- Author: CJ Products, LLC
- Author Created: sculpture/3-D artwork

Work made for hire: Yes

Domiciled in: United States

## Copyright claimant

Copyright Claimant: CJ Products, LLC

4040 Calle Platino, Suite 124, Oceanside, CA, 92056, United States

## Certification

Name: Phillip J. Terry

Date: July 2, 2009

Applicant's Tracking Number: 6196.0002

---