

June 1, 2011

**VIA Facsimile and ECF**

Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *CJ Products, et al v. Snuggly Plushez, Inc. et al.*
            11 Civ. 0715 (RRM) (SMG)

Dear Judge Mauskopf:

    We represent Plaintiffs in the above captioned case. We received Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction last night by ECF ("Memo"). With our consent, Your Honor granted Defendants' leave to file a brief of no more than forty five (45) pages. Defendants' Memo is forty four (44) pages. Given the wide variety of issues discussed in the Memo we request leave to file a reply of thirty (30) pages. Our motion was only twenty five 25 pages in length.

    Also, we just learned that our client contact (in-house counsel) for Plaintiff CJ Products in on vacation through this weekend. Since we need his cooperation, instructions and declaration in responding to the Memo we request a few additional days to file our Reply. Your Honor ordered the reply due June 7, 2011. We request an extension through June 10, 2011. This should not affect the remaining motion schedule which calls for a hearing on June 14, 2011.

    Counsel for Defendants has consented to this request. Thank you for your consideration.

                      Sincerely,

                      Jason M. Drangel

cc: Counsel for Defendants (by e-mail)