# EXHIBIT 11







# EXHIBIT 12





# EXHIBIT 13













# EXHIBIT 14

Case 1:11-cv-00715-RRM-SMG   Document 23-7   Filed 06/10/11   Page 21 of 31 PageID #: 950



Hello, jason drangel. We have recommendations for you. (Not jason?)

jason's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Up to 50% off select Father's Day gifts
Presented by DEWALT

Your Digital Items | Your Account | Help

**Shop All Departments**   Search  Baby

Cart    Wish List

Baby    Registry  Bestsellers  Amazon Mom  Nursery  Strollers  Car Seats  Feeding  Toys  Health & Safety  Activity & Gear  Clothing  Sales & Specials

## Mary Meyer Print Pizzazz 12" Plush Pillow Body
by Mary Meyer

Be the first to review this item |         (0)

List Price: $19.98
Price: **$14.46** Free Super Saving Shipping & Free Returns Details
You Save: $5.52 (28%)
Special Offers Available

**Color: Dots Giraffe**

| Birdy Boo Elephant | Dots Giraffe | Petals Pony |
| Squiggles Puppy | | |

Quantity: 1

or

Sign in to turn on 1-Click ordering.

or

Add to Cart

**Amazon Prime Free Trial** required. Sign up when you check out. Learn More

Click for larger image and other views

View and share related images

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

Only 5 left in stock--order soon (more on the way).

**Want it delivered Friday, June 10?** Order it in the next 6 hours and 1 minute, and choose **One-Day Shipping** at checkout. Details

4 new from $14.46

**More Buying Choices**

TheJungleStore
$15.02 + $2.99 shipping

All Plush
$19.98 + $4.25 shipping

Montana Gifts and Treasures
$19.49 + $5.42 shipping

4 new from $14.46

Have one to sell?

Share

**Save up to 40% on Sing-A-Ma-Jigs**
Save up to 40% on select Sing-A-Ma-Jigs plush for a limited time. See more

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

## Special Offers and Product Promotions
Color: **Dots Giraffe**
- Eligible for Free 365-Day Returns on Baby items fulfilled by Amazon.com in the Amazon Baby Store. Here's how (restrictions apply)

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| | | |
|---|---|---|
| **Pillow body** | - | **Body Pillows.** Comfort U, Snoogle, Down, Maternity. Free Quick Ship! | www.sitincomfort.com/**Body-Pillows** |
| **Body Pillows Online** | - | Quality **Body Pillows** & Cases Down, Feather, & Cluster Polyester | www.united**pillow**.com |
| **Buy Mary Meyer Plush** | - | Large selection of **Mary Meyer Plush** Free shipping on orders over $100 | www.**plush**friends.com |

See a problem with these advertisements? Let us know

Advertise on Amazon

## Customers Who Bought Related Items Also Bought
Color: **Dots Giraffe**

Page 1 of 6

Case 1:11-cv-00715-RRM-SMG   Document 23-7   Filed 06/10/11   Page 22 of 31 PageID #: 951

Web   Images   Videos   Maps   News   **Shopping**   Gmail   more ▾            jasondrangel@gmail.com ▾

# Google products     | meyer meyer pillow                                   |   Search Pr

## Mary Meyer Sweet Chocolate Pillow Bear - Blue

**Overview** - Online stores - Nearby stores - Details



### $38 online

0

This delightful bear lays flat as a pillow or sits up in a folded position as a plush toy. Bear has a fashionable combination of solids, spots and stripes with rich chocolate accents. 100% polyester. Measures 23" long. Spot clean only.

Add to Shopping List

---

### Online stores

Show only: ☐   Google Checkout   ☐ Free shipping   ☐ New items   Your location: New York, NY 10002 - Change

| Relevance | Seller rating | Condition | Tax and shipping (estimated) | Total price | Base price |
|---|---|---|---|---|---|
| Diapers.com | 3,773 seller ratings | New | Tax: $3.99 + Shipping: $2.99 | $51.97 | **$44.99** |
| Bed Bath & Beyond | 46 seller ratings | New | Tax: $4.44 + Shipping: $7.99 | $62.42 | **$49.99** |
| buybuy BABY | No rating | New | | | **$49.99** |
| Toy4education | 64 seller ratings | New | | | **$37.95** |
| Gift Corner 4 All | 7 seller ratings | New | | | **$37.95** |

Online stores **1 - 5 of 5**

---

### Nearby stores



buybuy BABY
270 Seventh Avenue, New York (917) 344-1555

**Call for price**
Call for availability

buybuy BABY
240 Route 17 North,

**Call for price**
Call for availability

# EXHIBIT 15



WARNING! Remove all hangtags & plastic tagger.

Hugg's Pet Ladybug
#02616

7  95135 02615  3

Made in China









